UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Charles Bryant And Linda Daniels-Bryant**　　Case No.　07-81345

　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　13

Social Security No. xxx-xx-3692 and xxx-xx-5458
Address: 53 Foxwood Drive, Timberlake, NC 27583-

　　　　　　　　　　　　　　Debtors

## MOTION TO MODIFY PLAN

　　**NOW COME the Debtors**, by and through counsel undersigned, who move, under authority of 11 U.S.C. § 1329, to modify the Chapter 13 plan in this case, and in support hereof, the Debtors show unto this Court the following:

1.　This case was filed on September 17, 2007, with the Chapter 13 plan being subsequently confirmed on January 7, 2008.

2.　The Debtors propose to modify the Chapter 13 plan in this case in the following respects:

　　From:　　$2,160.00 per month.

　　To:　　$2,160.00 per month through January 2011, followed thereafter by $1,876.00 per month, starting in February 2011.

3.　In addition, the Debtors request a "waiver" to move their Chapter 13 plan payment delinquency to the end of the Chapter 13 plan for payment. As a condition of receiving these waivers the Debtors agree that, should any subsequent payments be more than thirty (30) days delinquent within the twelve (12) months following the entry of this Order, that the Debtors' case may be dismissed without further hearing by the Court. The Debtors agree that any Order allowing such waivers shall not be *res judicata* as to timely Motions for Relief filed by secured creditors in this case.

4.　The changed circumstances that justify the proposed modification are as follows:
　　a.　The Male Debtor lost his job in September of 2010 and had several months before he began receiving unemployment benefits.
　　b.　The Debtors have dramatically curtailed their personal expenses, because they have had to provide assistance to their daughter and two young grandchildren, after their daughter lost her job and was receiving little if any other support.

5.　An Amended Schedule I for the Debtors is attached hereto and is incorporated hereto by reference.

6. An Amended Schedule J for the Debtors is attached hereto and is incorporated by reference.

7. The proposed modification conforms to the standards of confirmation set out in 11 U.S.C. §§ 1322 and 1325. This modification is feasible because of the following changes, as detailed on the attached Chapter 13 Worksheet:
   a. Change in length of plan.
   b. Filed claims different from schedules.

### Appended Application for an Additional Attorney Fee

8. Counsel for the Debtors further applies herein, in accordance with Bankruptcy Rule 2016(b), for approval an attorney fee in the amount of $250.00 to pay for the reasonable value of the services rendered, and to be rendered, with respect to this motion to modify.

WHEREFORE, the Debtors pray that this Court grant their Motion, and modify the Chapter 13 plan accordingly. In addition, counsel undersigned requests that this Court approve a fee in the amount of $250.00 to compensate undersigned for the services rendered or to be rendered with respect to this motion, said fee to be paid by the Chapter 13 Trustee as an administrative claim in this case.

Dated: December 6, 2010

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s Edward C. Boltz
Edward C. Boltz
North Carolina State Bar No.: 23003
6616-203 Six Forks Road
Raleigh, N.C. 27615
(919) 847-9750

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Charles Bryant And Linda Daniels-Bryant**  Case No. 07-81345
Chapter 13

Social Security No. xxx-xx-3692 and xxx-xx-5458
Address: 53 Foxwood Drive, Timberlake, NC 27583-

Debtors

## CERTIFICATE OF SERVICE

I, Dawn DeFrange, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on December 6, 2010 , I served copies of the foregoing **MOTION TO MODIFY PLAN** electronically, or when unavailable, by regular first-class U.S. mail, addressed to the following parties:

Richard M. Hutson, II
Chapter 13 Trustee
Michael West
U.S. Bankruptcy Administrator

Charles Bryant And Linda Daniels-Bryant
53 Foxwood Drive,
Timberlake, NC 27583-

All creditors with duly filed claims as listed on the attached Report of Claims Filed at the addresses listed thereon.

/s Dawn DeFrange
Dawn DeFrange

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - STEP PLAN)

**Date:** 2/26/10
**Lastname-SS#:** Bryant - 3692 MTM

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| Creditor Name | Sch D # | Description of Collateral |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| Car Financial | 04 Chevy Malibu |
| | |
| | |
| | |

### ARREARAGE CLAIMS ON RETAINED COLLATERAL

| Creditor Name | Sch D # | Arrearage Amount |
|---|---|---|
| | | |
| | | |
| | | |
| Option One | | $4,822 |
| | | |
| | | |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### LTD - DOT on PRINCIPAL RESIDENCE / OTHER REAL PROPERTY

| Creditor Name | Sch D # | Mortgage Payment | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| Option One | | $973 | n/a | n/a | $973 | Option One -Pre-Petition |
| | | | | n/a | n/a | |
| | | | | n/a | n/a | |

### STD - SECURED DEBTS (Retain Collateral & Pay FMV Of Collateral)

| Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| | | | 7.00 | | | |
| | | | 7.00 | | | |
| | | | 7.00 | | | |
| | | | 7.00 | | | |

### STD - SECURED DEBTS & 910 CLAIMS (Pay 100%)

| Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| | | | 7.00 | | | |
| | | | 7.00 | | | |
| | | | 7.00 | | | |
| | | | 7.00 | | | |
| | | | 7.00 | | | |

| ATTORNEY FEES (Unpaid Part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $250 |
| **SECURED TAXES** | **Secured Amount** |
| IRS Tax Liens | $5,356 |
| Real Property Taxes on Retained Realty | $2,941 |
| **UNSECURED PRIORITY DEBTS** | **Amount** |
| IRS Taxes | $1,958 |
| State Taxes | $1,373 |
| Personal Property Taxes | $65 |
| Alimony or Child Support Arrearage | |
| **COSIGN PROTECT (Pay 100%)** Int.% | **Payoff Amount** |
| All 'Co-Sign Protect Debts (See***) | |
| **GENERAL NON-PRIORITY UNSECURED** | **Amount to Pay*** |
| DMI = None($0) | |

### PROPOSED CHAPTER 13 PLAN

$ **1876** /month for **26** months, then

$ **N/A** /month for **N/A** months.**

#### Definitions

Sch D # = The number of the secued debt as listed on Schedule D.
Adequate Protection = Required monthly 'Adequate Protection' payment.
* = Minimum of DMI x ACP, minus all co-sign protect debt.
** = Plan duration is subject to "Duration of Chapter 13 Plan" provision.
*** Co-sign protect on all debts so designated on filed schedules D, E and F

Final_MD_Step (rev. 11/6/07)  © Copyright by John T. Orcutt  (Page 4 of 4)

**Other Miscellaneous Provisions**

B6I (Official Form 6I) (12/07)

In re  **Charles L. Bryant**
      **Linda Daniels-Bryant**
                                    Debtor(s)                           Case No.  **07-81345**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **Benefits Coordinator** |
| Name of Employer | **Unemployed** | **ACS HR Solutions, LLC** |
| How long employed | **9/6/2010** | **13 years** |
| Address of Employer | **Durham, NC** | **2828 N. Haskell** **Dallas, TX 75204** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **0.00** | $ **3,719.50** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **0.00** | $ **3,719.50** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ **0.00** | $ **726.68** |
|     b. Insurance | $ **0.00** | $ **118.00** |
|     c. Union dues | $ **0.00** | $ **0.00** |
|     d. Other (Specify)  **See Detailed Income Attachment** | $ **0.00** | $ **215.48** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **1,060.16** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **0.00** | $ **2,659.34** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify):  **Social Security** | $ **911.00** | $ **0.00** |
|     **Retirement income** | $ **138.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify):  **Unemployment Benefits ($300.00/wk.)** | $ **1,300.00** | $ **0.00** |
|     **Annuity** | $ **0.00** | $ **275.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **2,349.00** | $ **275.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **2,349.00** | $ **2,934.34** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ **5,283.34** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
   **None Anticipated**

In re **Charles L. Bryant**
**Linda Daniels-Bryant**
Debtor(s)

Case No. **07-81345**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---|---|
| **401(k) Loans** | $ 0.00 | $ 91.00 |
| **Term-Life Insurance** | $ 0.00 | $ 4.60 |
| **Short-Term Disability Insurance** | $ 0.00 | $ 57.16 |
| **Supplemental Life Insurance** | $ 0.00 | $ 62.72 |
| **Total Other Payroll Deductions** | $ 0.00 | $ 215.48 |

B6J (Official Form 6J) (12/07)

In re  **Charles L. Bryant**
       **Linda Daniels-Bryant**                                                    Case No. **07-81345**
                                             Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 0.00 |
|    a. Are real estate taxes included?  Yes ___   No **X** | |
|    b. Is property insurance included?  Yes ___   No **X** | |
| 2. Utilities:   a. Electricity and heating fuel | $ 225.00 |
|           b. Water and sewer | $ 16.00 |
|           c. Telephone | $ 75.00 |
|           d. Other **See Detailed Expense Attachment** | $ 341.37 |
| 3. Home maintenance (repairs and upkeep) | $ 66.00 |
| 4. Food | $ 501.05 |
| 5. Clothing | $ 0.00 |
| 6. Laundry and dry cleaning | $ 0.00 |
| 7. Medical and dental expenses | $ 50.00 |
| 8. Transportation (not including car payments) | $ 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 80.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|       a. Homeowner's or renter's | $ 125.00 |
|       b. Life | $ 0.00 |
|       c. Health | $ 0.00 |
|       d. Auto | $ 168.00 |
|       e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|     (Specify) **See Detailed Expense Attachment** | $ 109.25 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|       a. Auto | $ 150.00 |
|       b. Other **Male Debtor's Car payment** | $ 325.67 |
|       c. Other **Female Debtor's Car payment** | $ 150.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 625.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other **Chapter 13 Monthly Payment** | $ 1,876.00 |
|     Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 5,283.34 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    **None Anticipated**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a.  Average monthly income from Line 15 of Schedule I | $ 5,283.34 |
| b.  Average monthly expenses from Line 18 above | $ 5,283.34 |
| c.  Monthly net income (a. minus b.) | $ 0.00 |

B6J (Official Form 6J) (12/07)

In re  Charles L. Bryant
       Linda Daniels-Bryant
                          Debtor(s)

Case No.  **07-81345**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---|
| Cablevision | $ 125.00 |
| Internet | $ 80.37 |
| Cellular Phone | $ 136.00 |
| **Total Other Utility Expenditures** | **$ 341.37** |

**Specific Tax Expenditures:**

| | |
|---|---|
| Personal Property Taxes | $ 10.00 |
| Real Property Taxes | $ 99.25 |
| **Total Tax Expenditures** | **$ 109.25** |